UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Bonita Darcel Grier,**

        **Plaintiff,**

CASE NUMBER: 11-14247
HONORABLE VICTORIA A. ROBERTS
MAG. JUDGE LAURIE MICHELSON

v.

**Simmons and Clark Jewelers,**

        **Defendant.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

On February 17, 2012 Magistrate Judge Michelson issued a Report and Recommendation [Doc.11], recommending that Plaintiff's Complaint be dismissed. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  Thus, the Court adopts the Report and Recommendation.  Plaintiff's Complaint is **DISMISSED.**

    **IT IS ORDERED**.

        S/Victoria A. Roberts
        Victoria A. Roberts
        United States District Judge

Dated:  April 13, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 13, 2012.

s/Carol A. Pinegar
Deputy Clerk